# EXHIBIT 2

**Claim Chart – U.S. Patent No. 12,036,174 – Powerboost Pro+ Hot and Cold Percussion Massager**

| U.S. Patent No. 12,036,174 | Powerboost Pro+ Hot and Cold Percussion Massager |
|---|---|
| 17. A treatment device, comprising: | The accused product is a treatment device:<br> |

| a body provided with a power source and a processing unit | The accused product has a body provided with a power source and a processing unit:  |
|---|---|

| | |
|---|---|
| configured to receive input data and generate a control signal based on the input data, | The accused product is configured to receive input data from the control buttons and generate a control signal to, *e.g.*, turn the accused product on, start percussive therapy, or turn on the heat or cool functions, based on the input data:<br><br><br><br> |

| | |
|---|---|
| the body including a skin contacting surface maintainable against skin of a user by a force applied by a hand of the user when gripping the body; and | The accused product includes a body including a skin contacting surface maintainable against skin of a user by a force applied by a hand of the user when gripping the body:  |

| | |
|---|---|
| a first energy generator element and a second energy generator element coupled to the body, | The accused product has a first energy generator element (percussion) and a second energy generator element (heat or cool) coupled to the body:<br><br> |
| the first and second energy generator elements being | The accused product has first and second energy generator elements that are independently operable to convert electricity |

| | |
|---|---|
| independently operable to convert electricity from the power source into a first energy type and a second energy type, respectively | from the power source into a first energy type and a second energy type, respectively:<br><br>**RECOVERY HOT AND COLD**<br><br>The PowerBoost™ Pro+ is ideal for high performance individuals. The dual-temperature attachment heats or chills at the touch of a button while providing deep-tissue percussion.<br><br>**HOT OR COLD MASSAGE AT THE TOUCH OF A BUTTON**<br><br>Dual-temperature attachment heats or chills while providing powerful percussion massage.<br><br>Senses applied pressure and automatically adapts massage intensity.<br><br>3. To power on the massager, press and hold the power button until the display turns on. Press the power button again to toggle through the 6 massage intensity levels. Press and hold the power button to turn off the massager.<br>**Note:** The PowerBoost Pro+ is equipped with advanced anti-stall technology. To avoid motor stalling, massage speed will automatically increase when extra pressure is applied.<br><br><br><br>4. To use heat or cool mode, make sure the Hot + Cold attachment is installed (see step 02). For heat mode, press the heat button. Continue pressing the button again to cycle through the 3 heat levels or turn off heat mode. For cool mode, press the cool button. Continue pressing the button again to cycle through the 3 cool levels or turn off cool mode. The number of red LEDs indicates heat level. The number of blue LEDs indicates cool level. |

| | |
|---|---|
| and direct the first and second energy types toward an area of skin, | The accused product directs the first and second energy types toward an area of skin:<br><br>**RECOVERY HOT AND COLD**<br><br>The PowerBoost™ Pro+ is ideal for high performance individuals. The dual-temperature attachment heats or chills at the touch of a button while providing deep-tissue percussion.<br><br>**HOT OR COLD MASSAGE AT THE TOUCH OF A BUTTON**<br><br>Dual-temperature attachment heats or chills while providing powerful percussion massage.<br><br>Senses applied pressure and automatically adapts massage intensity.<br><br> |

| | |
|---|---|
| the first energy generator element including an impact generator element having a tissue contact surface that is linearly actuatable along an axis to contact and cause corresponding physical movement of the area of skin; | The accused product includes a first energy generator element including an impact generator element having a tissue contact surface that is linearly actuatable along an axis to contact and cause corresponding physical movement of the area of skin:  |

| | |
|---|---|
| wherein the processing unit is operable to output an optical signal on a display that is observable by eyes of the user, the output corresponding to the control signal. | The accused product has a processing unit that is operable to output an optical signal on a display that is observable by eyes of the user, the output corresponding to the control signal:<br><br> |